COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Carmen Franco v. The State of Texas

Appellate case number:      01-20-00633-CR

Trial court case number:    5789

Trial court:                  County Criminal Court at Law No. 10 of Harris County

The clerk's record indicates that appellant, Carmen Franco, is appealing from the July 27, 2020 opinion of the County Criminal Court at Law No. 10. The notice of appeal was filed on September 3, 2020. The record contains no motion for new trial filed in the County Court.

A timely notice of appeal is necessary to invoke an appellate court's jurisdiction. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996); *Lair v. State*, 321 S.W.2d 158, 159 (Tex. App.—Houston [1st Dist.] 2010, pet. ref'd). If an appeal is not timely perfected, the appellate court does not obtain jurisdiction to address the merits of the appeal and can take no action other than to dismiss the appeal. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998).

Franco's notice of appeal was filed on September 3, 2020, 38 days after the judgment was signed. The record shows that no motion for new trial was filed and no motion for extension of time to file the notice of appeal was filed. *See* TEX. R. APP. P. 26.2; 26.3. Thus, it appears that Franco's notice of appeal was not timely filed and that this Court may lack jurisdiction over this appeal.

This appeal may be dismissed for lack of jurisdiction unless Franco demonstrates by response to this order and citation to legal authority, **filed within 10 day of the date of this order**, establishing that this Court has jurisdiction to hear this appeal.

It is so ORDERED.

Judge's signature: _____/s/ Richard Hightower_____
                     ☑ Acting individually      ☐ Acting for the Court

Date: __October 1, 2020___